# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Kwadzo Watson,

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-132-M

I, __Kwadzo Watson__, charged in a (complaint) (petition) pending in this District with __Being a felon in possession of a firearm, ct-1,__ in violation of Title __18, et-1,__, U.S.C., __1922(g)(1) & 924(a)(2) ct-1;__

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

7/29/2008
_____
Date

_____
Counsel for Defendant