IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Cr. A. No. 08-132-M |
| KWADZO WATSON | : | |
| Defendant. | : | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**Please** withdraw the appearance of Luis A. Ortiz, Esquire as attorney of record and enter the appearance of Joseph W. Benson, Esquire as attorney on behalf of Defendant, Kwadzo Watson, in the above-captioned matter.

FEDERAL PUBLIC DEFENDER'S OFFICE        JOSEPH W. BENSON, P. A.

_____          _____
Luis A. Ortiz                           Joseph W. Benson
Assistant Federal Public Defender       1701 North Market Street
One Customs House, Suite 110            P. O. Box 248
704 King Street                         Wilmington, DE 19899
Wilmington, DE 19801                    Attorney for Defendant,
(302)573-6010                           Kwadzo Watson
ecf_de@msn.com                          (302) 656-8811
                                        jbenson@jwbpa.com

Dated: August 15, 2008